**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| WILLIAM E. YOCKEY, Union Trustee, Duluth-Superior International Longshoremen's Association Marine Association Health and Welfare Fund; THOMAS E. FISHER; and JAMES F. CARLSON, | Civil No. 04-3958 (JRT/RLE)  **ORDER** |
| Plaintiffs, | |
| vs. | |
| CHARLES ILENDA, and GEORGE W. FOUTCH, JR., Employer Trustees, Duluth-Superior International Longshoremen's Association Marine Association Health and Welfare Fund; and DULUTH-SUPERIOR INTERNATIONAL LONGSHOREMEN'S ASSOCIATION MARINE ASSOCIATION HEALTH AND WELFARE FUND, | |
| Defendants. | |

Based upon the Stipulation of Dismissal with Prejudice [Docket No.55] submitted by the parties,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with all parties bearing their own costs, attorneys' fees, and expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 8, 2005  
at Minneapolis, Minnesota

                                                                          s/John R. Tunheim  
                                                                          JOHN R. TUNHEIM  
                                                              United States District Judge